FILED
CLERK, U.S. DISTRICT COURT
APR 2 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Luis Raul Esparza, <br><br> Defendant. | Case No.: MJ11-949 ~~04CR80 L (S.D.Cal.)~~ <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on limited background information, unknown ties to ~~Central~~ Southern District of CA,

1 unknown bail resources, criminal history, prior violations of supervised
2 release, current violation

4 and/or

5 B. [X] The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: criminal history, nature of current violations

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/28/11

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2